UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

SHIRLEY CALDWELL,

    Plaintiff,

-vs-                                        CASE NO.: 3:17-CV-00626-MOC-DSC

CREDIT ACCEPTANCE CORPORATION,

    Defendant.

## NOTICE OF SETTLEMENT

Plaintiff, Shirley Caldwell, by and through the undersigned counsel, hereby notifies the Court that the parties have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via electronic mail this 22nd day of August, 2018 to: Matthew A. Abee, Esquire, 1320 Main Street, 17th Floor, Columbia, South Carolina 29201 (matt.abee@nelsonmullins.com).

*/s/Ruth M. Allen*
Ruth M. Allen, Esquire
7413 Six Forks Road, Suite 326
Raleigh, NC 27615
Telephone: (919) 481-4141
ruthallen@ruthallenlaw.com
*Counsel for Plaintiff*