UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

SHIRLEY CALDWELL,

    Plaintiff,                                 CASE NO.: 3:17-CV-00626-MOC-DSC

-vs-

CREDIT ACCEPTANCE CORPORATION,

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the Plaintiff, Shirley Caldwell, and the Defendant, Credit Acceptance Corporation, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above-styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 21st day of September, 2018.

| | |
|---|---|
| */s/Ruth M. Allen*_____ | */s/ Matthew A. Abee*_____ |
| Ruth M. Allen, Esquire | Matthew A. Abee, Esquire |
| 7413 Six Forks Rd., Suite 326 | Federal Bar No.: 11747 |
| Raleigh, NC 27615 | 1320 Main Street, 17th Floor |
| Telephone: (919) 481-4141 | Columbia, SC 29201 |
| ruthallenlaw@yahoo.com | Telephone: (803) 799-2000 |
| *Counsel for Plaintiff* | matt.abee@nelsonmullins.com |
| | *Counsel for Defendant* |